UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 KEITH JENNINGS,

                        Petitioner,

          v.                                          5:03-cv-1207
 UNITED STATES OF AMERICA,

                        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

          Petitioner Keith Jennings seeks a Certificate of Appealability pursuant to 28

U.S.C. § 2253(c).  A certificate of appealability should be issued when a petitioner

"make[s] a substantial showing of the denial of a federal right."  Barefoot v. Estelle,

463 U.S. 880, 881-82.  Having failed to show that he has been denied a federal right,

the request for a Certificate of Appealability is DENIED.

IT IS SO ORDERED.

Dated:  September 13, 2007

Thomas J. McAvoy
Senior, U.S. District Judge